UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY BUSSIE, )
        Plaintiff, )
v. ) **JUDGMENT**
    ) No. 5:13-CV-605-F
CONGRESSMAN ROBERT E. )
ANDREWS and ARMED FORCES, )
        Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint in this matter does not contain allegations suggesting that the Plaintiff is in any such danger. Accordingly, pursuant to 28 U.S.C. § 1915(g), his claims are DISMISSED.

**This Judgment Filed and Entered on October 16, 2013, and Copies To:**

Anthony Bussie (64105-050 Philadelphia- FDC, P.O. Box 562, Philadelphia, PA 19105)

DATE                                          JULIE A. RICHARDS, CLERK
October 16, 2013                     /s/ Susan K. Edwards
                                                    (By) Susan K. Edwards, Deputy Clerk